**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **BETTY WEIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case #5:20-CV-05206-TLB** |
| | ) | |
| **LINCOLN LIFE INSURANCE COMPANY OF BOSTON f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>RESPONSE TO ORDER TO SHOW CAUSE</u>**
**&**
**<u>MOTION TO ENLARGE TIME</u>**
**<u>TO SERVE AMENDED COMPLAINT</u>**

The Plaintiff, BETTY WEIR (WEIR), responds to the clerk's notice ordering her to show cause why service was not perfected in a timely fashion entered March 4, 2021, and files this Motion to Enlarge Time to Serve the Amended Complaint filed contemporaneously, and states:

1. After filing the Complaint on December 8, 2020, counsel determined that the defendant, Liberty Life Assurance Co. of Boston, was incorrectly plead as The Liberty Insurance Company of America.

2. Also, after filing the complaint, counsel determined that Liberty Life Assurance Co. of Boston had changed its corporate name to Liberty Life Assurance Company of Boston.

3. Counsel delayed having the summons issued understanding that an Amended Complaint and proper summons with the new corporate name would be necessary.

4. Contemporaneous with realizing the name would need to be changed, two events occurred with personnel and the undersigned's firm: 1) another attorney in the firm working on the matter was called out of the office for a significant amount of time because of a family illness and resulting death, and 2) the paralegal assigned to this matter left the firm.

5. Unfortunately, the matter was not properly calendared for follow up, and the Amended Complaint was not filed, nor was a summons with the proper name obtained.

6. Upon receipt of the Clerk's Notice, the undersigned has diligently worked to advance this matter.

7. Plaintiff and the undersigned counsel have contemporaneous with this Response and Motion filed the Amended Complaint correcting Defendant's change of name.

8. Because service had not been affected, Fed. R. Civ. P. 15 permits filing the Amended Complaint as a matter of course.

9. Plaintiff and her undersigned counsel respectfully seek an enlargement of time of 14 days from the receipt of the Summons filed with the Amended Complaint from the Clerk within which to effect service on Defendant.

WHEREFORE, the Plaintiff, BETTY WEIR, submits that she has shown good cause for the delay, and seeks an extension of 14 days from the receipt of the Summons filed with the Amended Complaint from the Clerk within which to effect service.

DATED this 9th day of March 2021.


___/s/ William C. Demas______________
WILLIAM C. DEMAS, ESQUIRE
Florida Bar #0142920
Demas@TuckerLawGroup.com
Tucker Law Group, P.A.
5235 16th Street North
St. Petersburg, FL 33703
(727) 572-5000 (Phone)
(727) 571-1415 (Fax)

Attorney for Plaintiff,
BETTY WEIR