# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Arkansas

Case Number: 20-CV-05206

Plaintiff:
**BETTY WEIR**

vs.

Defendant:
**LINCOLN LIFE INSURANCE COMPANY OF BOSTON fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

For:
TUCKER LAW GROUP
5235 16th Street North
St. Petersburg, FL 33703

Received by COURT HOUSE LEGAL SERVICES, INC. to be served on **LINCOLN LIFE INSURANCE COMPANY OF BOSTON fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, 150 N. RADNOR CHESTER RD., RADNOR, PA 19087**.

I, Dann McGettigan, being duly sworn, depose and say that on the **12th day of March, 2021** at **1:01 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to **RAY CORREA** as **SECURITY /AUTHORIZED**, who stated they are authorized to accept service for: **LINCOLN LIFE INSURANCE COMPANY OF BOSTON fka LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** at the address of: **150 N. RADNOR CHESTER RD., RADNOR, PA 19087**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
DUE TO COVID -19 THE LEGAL DEPT. IS WORKING REMOTELY. THE PROCEDURE IS TO LEAVE DOCUMENTS WITH SECURITY AND THEY WILL FORWARD TO THE RIGHT DEPT.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: HISPANIC, Height: 5'6, Weight: 165, Hair: BALD/BROWN, Glasses: N

I am over the age of 18 and have no interest in the above action.

3/15/21

**Dann McGettigan**
Process Server

**COURT HOUSE LEGAL SERVICES, INC.**
**112 Haddontowne Ct, Ste. 304**
**Cherry Hill, NJ 08034**
**(856) 428-4700**

Our Job Serial Number: CHL-2021002239
Ref: WEIR/LINCOLN

Subscribed and Sworn to before me on the 12th day of March, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

COLEEN C COPPER
Notary Public - State of New Jersey
My Commission Expires Jan 28, 2025

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

BETTY WEIR

*Plaintiff(s)*

v.

LINCOLN LIFE INSURANCE COMPANY OF BOSTON F/K/A/ LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

*Defendant(s)*

Civil Action No. 5:20CV5206

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINCOLN LIFE INSURANCE COMPANY OF BOSTON F/K/A/ LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
Through its Registered Agent:
Dennis R. Glass, President and Secretary
150 North Radnor Chester Road
Radnor, PA 19087

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tucker Law Group, P.A.
William C. Demas, Esquire
5235 16th Street North
St. Petersburg, FL 33703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/10/2021

*Signature of Clerk or Deputy Clerk*