**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **BETTY WEIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:20-cv-05206-TLB** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant, Lincoln Life Assurance Company of Boston[1] f/k/a Liberty Life Assurance Company of Boston.

I certify that I am admitted to practice in this Court.

Dated this 2nd day of April 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT

[1] Incorrectly named in the Amended Complaint and shown on the Court's Docket as "Lincoln Life Insurance Company of Boston."

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

William C. Demas
Email: Demas@TuckerLawGroup.com

| | |
|---|---|
| April 2, 2021 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |