**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BETTY WEIR,**

**Plaintiff,**

**v.** **CASE #5:20-CV-5206**

**LINCOLN LIFE INSURANCE COMPANY OF BOSTON f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**Defendant.**

**________________________________________/**

## NOTICE OF MEDIATION

The undersigned counsel, on behalf of all parties in this action, hereby gives notice to the Court that mediation in this case will take place on ***August 12, 2021, at 1 PM*** before Mediator, Jack L. Townsend, Sr., Esquire. The mediator's telephone number is (813) 914-7363. Mediation will take place via video teleconference through Zoom.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 29 June 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Iwana Rademaekers, Esq., and I further certify that I electronically mailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: Mediator, *Jack Townsend, Esquire* at jack@jacktownsend.com.


TUCKER LAW GROUP, P.A.

**s/ William C. Demas**
WILLIAM C. DEMAS, ESQUIRE
Florida Bar # 0142920
Demas@tuckerlawgroup.com
5235 16th Street N.
St. Petersburg, FL 33703
Tel.: (727) 572-5000
Fax: (727) 571-1415
Attorney for Plaintiff