**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BETTY WEIR,**

**Plaintiff** **CASE # 5:20-CV-5206**

**v.**

**LINCOLN LIFE INSURANCE COMPANY OF BOSTON f/k/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**Defendant.**
**_____________________________________/**

## NOTICE OF SETTLEMENT AND REQUEST FOR ADMINISTRATIVE CLOSURE

Pursuant to Local Rule 41.1, the Plaintiff, BETTY WEIR, by and through her undersigned attorney, hereby advises the court that the parties have reached an amicable settlement in principle. The parties have not consummated a resolution of this case, and the Plaintiff requests that the court administratively close this matter for 60 days pending a resolution of all paperwork related to the parties' settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **13 August 2021**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Iwana Rademaekers, Esquire.

**/s/ William C. Demas**
WILLIAM C. DEMAS, ESQUIRE
Florida Bar #0142920
Demas@TuckerLawGroup.com
Tucker Law Group, P.A.
5235 16th Street North
St. Petersburg, FL 33703
(727) 572-5000
(727) 571-1415
Attorney for Plaintiff