**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

| | | |
|---|---|---|
| **BETTY WEIR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:20-cv-05206-TLB** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Betty Weir and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 20th day of September 2021.

Respectfully submitted,

By: /s/ William C. Demas (w/permission)

William C. Demas, Esq.
Florida Bar # 0142920
TUCKER LAW GROUP, P.A.
5235 16TH Street North
St. Petersburg, FL 33703
PH: (727) 572-5000
FX: (727) 571-1415
Email: Demas@TuckerLawGroup.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers

Iwana Rademaekers
State Bar of Texas No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT