**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**BETTY WEIR** **PLAINTIFF**

**v.** **NO. 20-5206**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON F/K/A LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

**CLERK'S ORDER OF DISMISSAL**

On this 21st day of September, 2021, the parties hereto having filed a joint stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

JAMIE GIANI, CLERK

BY: Teri Gunderson
Deputy Clerk